UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>KEVIN GARCIA-SIMENTAL,<br><br>                    Defendant. | Case No.: 22-CR-1796-GPC<br><br>**ORDER DENYING DEFENDANT'S APPEAL OF MAGISTRATE JUDGE DECISION**<br><br>**[ECF No. 44]** |

On August 11, 2022, Defendant filed an Appeal of Magistrate Judge Decision. ECF No. 44. After considering Defendant's appeal and the attached supporting letters, the Court **DENIES** Defendant's appeal.

Under 18 U.S.C. § 3142(e)(3), there is a rebuttable presumption that no condition or combination of conditions will reasonably assure Defendant's appearance as required and the safety of the community because there is probable cause to believe that Defendant committed an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C. §§ 801-904), the Controlled Substances Import and Export Act (21 U.S.C. §§ 951-971), or Chapter 705 of Title 46, U.S.C. (46 U.S.C. §§ 70501-70508).

In view of the presumption, and after considering the factors set forth in 18 U.S.C. § 3142(g) and the information presented in Defendant's motion [ECF No. 44], the Court concludes that Defendant must be detained pending trial because the Government has established by a preponderance of evidence that no condition or combination of conditions of release will reasonably assure the Defendant's appearance as required.  The reasons supporting Defendant's detention are substantial.  First, the weight of evidence against Defendant, which "includes audio recordings and photographs of Defendant meeting with [a Cooperating Source]," is strong.  ECF No. 40 at 4.  Second, if convicted, Defendant is faced with a 10-year mandatory minimum sentence—a lengthy period of incarceration that further supports detention.  Additionally, Defendant's lack of legal status in the United States, and because Defendant is subject to removal or deportation after serving any period of incarceration, also weigh in favor of detention.  As such, Defendant's Appeal of Magistrate Judge Decision is **DENIED**.

**IT IS SO ORDERED**.

Dated:  August 16, 2022

*[signature]*
Hon. Gonzalo P. Curiel
United States District Judge